# LAW OFFICE OF PATRICK K. HANLY
## MEMORANDUM & ORDER

**TO:** Colleen Lydon
Courtroom Clerk To the Honorable
Edward J. Garcia

**FROM:** Patrick K. Hanly, Attorney for Defendant Jian Liang

**DATE:** November 15, 2011

**RE:** <u>U.S. v. Liang</u>, CR S 06-337 and 06-390 EJG
Continuance of Judgment and Sentencing

The above matter is scheduled for judgment and sentencing on January 13, 2012. The defense is attempting to obtain a copy of the trial transcript and is requesting more time to prepare for the sentencing. The following proposed sentencing schedule is offered by the government and defendant:

Judgment and Sentencing date: **4/27/12**

Reply or Statement of Non-opposition to be filed no later than **4/20/12**

Motion for Correction of the presentence report shall be filed with the Court and served on the probation officer and opposing counsel no later than: **4/13/12**

The pre-sentence report shall be filed with the Court and disclosed to counsel no later than: **4/6/12**

Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than: **3/30/12**

The proposed presentence report shall be disclosed to counsel no later than: **3/16/12**

cc: Heiko Coppola– AUSA, Linda Alger, USPO

IT IS SO ORDERED this 15th day of November, 2011.

/s/ Edward J. Garcia

U. S. DISTRICT JUDGE

U.S. v. Liang, 06-337, 06-
390~1879293.docxdoc

PDF created with pdfFactory trial version www.pdffactory.com